388 P.3d 899

**STATE of Hawaiʻi, Plaintiff–Appellee,**

v.

**Joseph VAIMILI, Defendant–Appellee, and International Fidelity Insurance Company, Real Party in Interest–Appellant**

**NO. CAAP–14–0000557**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
September 30, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 09–1–0410)

SUMMARY DISPOSITION ORDER

Affirmed.